AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
    v.

ANTONIO REZA-LARA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1436

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    ANTONIO REZA-LARA

    I certify that I am admitted to practice in this court.

| 5/8/2008 | /s/ ROBERT R. HENSSLER |
|---|---|
| Date | Signature |

| | ROBERT HENSSLER / Federal Defenders o | 216165 |
|---|---|---|
| | Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 8, 2008                                                              /s/ Robert R. Henssler
                                                                                             ROBERT R. HENSSLER, JR.
                                                                                             Federal Defenders of San Diego, Inc.
                                                                                             225 Broadway, Suite 900
                                                                                             San Diego, CA 92101-5030
                                                                                             (619) 234-8467  (tel)
                                                                                             (619) 687-2666  (fax)
                                                                                             e-mail: Robert_Henssler@fd.org